UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**DORAL BANK,**

    **Plaintiff,**

v.      Case No. 6:13-cv-947-Orl-18DAB

**ARR CHILD CARE, INC., ARR INVESTMENTS, INC., ARISTA ACADEMY, INC., RAFAEL RODRIGUEZ, an individual, ALEJANDRINO RODRIGUEZ RODRIGUEZ, an individual**

    **Defendant.**

## ORDER

THIS CAUSE was referred to United States Magistrate Judge David A. Baker for a report and recommendation on Defendants ARR Child Care, Inc., ARR Investments, Inc., Arista Academy, Inc., Rafael Rodriguez, and Alejandrino Rodriguez's Motion for Attorney's Fees (Doc. 30). Judge Baker issued a Report and Recommendation (Doc. 34), which was filed on July 18, 2014. Having reviewed the Report and Recommendation (Doc. 34), and there being no timely objections filed, it is hereby **ORDERED** and **ADJUDGED** as follows:

1. United States Magistrate Judge David A. Baker's Report and Recommendation (Doc. 34) is **APPROVED** and **ADOPTED**.

2. Defendants ARR Child Care, Inc., ARR Investments, Inc., Arista Academy, Inc., Rafael Rodriguez, and Alejandrino Rodriguez's Motion for Attorney's Fees (Doc. 30) is **GRANTED in part.**

3. The Clerk of the Court is directed to **ENTER JUDGMENT** in favor of Defendants ARR Child Care, Inc., ARR Investments, Inc., Arista Academy,

Inc., and Alejandrino Rodriguez and against Plaintiff Doral Bank for attorney's fees in the amount of $3,120.00.

**DONE** and **ORDERED** in Orlando, Florida on this ___11___ day of August, 2014.

G. KENDALL SHARP
SENIOR UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record